# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1247

_____

Ernest Kramme,                               *
                                             *
             Appellant,                      *
                                             *  Appeal from the United States
      v.                                     *  District Court for the
                                             *  Western District of Arkansas.
Safelite Group, Inc.; Safelite              *
Fulfillment, Inc.; Safelite Glass           *  [UNPUBLISHED]
Corporation; Safelite Autoglass, Inc.,      *
                                             *
             Appellees.                      *

_____

Submitted: June 6, 2008
Filed: June 11, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

      Ernest Kramme appeals the district court's[1] adverse grant of summary judgment on his claims brought under the Age Discrimination in Employment Act. After reviewing the record de novo, viewing the evidence and all reasonable inferences from in a light most favorable to Kramme, see Jacob-Mua v. Veneman, 289 F.3d 517, 520

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

(8th Cir. 2002), we find no basis for reversal.  Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____